**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**                                                  **DATE:** February 6, 2026
**MAGISTRATE JUDGE JUSTIN T. QUINN**
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                                  **DOCKET 26-cr-0097-KMW-1**
UNITED STATES OF AMERICA
            vs.
KENNETH CLEVELAND,
            **DEFENDANT PRESENT**

**APPEARANCES:**
Matthew Belgiovine, AUSA, for Government.
Saverio Viggiano, AFPD, for Defendant.
Nailah Green, Pretrial Services

**Nature of Proceedings**:
INITIAL APPEARANCE AND ARRAIGNMENT.
Hearing on application by defendant for appointment of counsel.
Financial affidavit submitted.
Ordered application granted.
Ordered Andrea Aldana, AFPD, appointed as counsel.
Initial appearance held.
Defendant advised of rights, charges, and penalties.
Counsel waives formal reading of the indictment.
Defendant entered plea of NOT guilty to counts 1-4 of the Indictment.
Application by defendant for release.
Ordered application granted, defendant released on $100,000 unsecured bond, with special conditions.
Order for release to be signed.
Brady Order entered.

**Time Commenced: 12:25pm**
**Time Adjourned:   12:30pm**
**Total Time: 5 minutes**

s/Elizabeth Beres
DEPUTY CLERK